```
 1  GEORGE S. CARDONA                                           JS-6
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
         U.S. Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213)894-2727
         Facsimile: (213)894-7177
 9       E-Mail: Michele.Marchand@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
                      UNITED STATES DISTRICT COURT
12
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA,    )  NO.  CV 09-0472-VBF(Ex)
                                 )
15            Plaintiff,         )
                                 )  CONSENT JUDGMENT OF FORFEITURE
16            v.                 )
                                 )
17  $48,272.00 in Bank Funds,    )
                                 )
18            Defendant.         )
    _____)
19  DAE IL JANG, individually and)
    doing business as G & J      )
20  TRADING,                     )
                                 )
21            Claimant.          )
    _____)
22
```

     Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on January 21, 2009.  Notice was given and published in accordance with law.  Dae Il Jang, individually and doing business as G & J Trading ("claimant"), filed a timely claim and answer.  No other claims or answers have been filed,

and the time for filing claims and answers has expired.

Plaintiff and claimant have reached an agreement that is dispositive of this action. Plaintiff and claimant hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $48,272.00 in bank funds other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $24,136.00 of the defendant $48,272.00 in bank funds and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited bank funds. The United States Treasury is ordered to dispose of the forfeited bank funds in accordance with law.

4. The United States shall return to claimant Dae Il Jang the remaining $24,136.00 of the defendant bank funds and all interest earned thereon less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect pursuant to 18 U.S.C. § 3716. The defendant bank funds shall be returned to claimant Dae Il Jang, dba G & J Trading, in care of his attorney, Frederick W. Lee. Said funds shall be forwarded by check made payable to "Dae Il Jang, dba G & J Trading," and shall be mailed to Frederick W. Lee Law Firm, 5821 Beach Boulevard, Buena Park,

California 90621.

    5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Department of Homeland Security, Immigration and Customs Enforcement, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    6.   The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: December 9, 2009

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

3